UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HANNAH ASHBROOK, | ) |
|     *Plaintiff,* | ) |
| v. | ) No. 1:24-CV-165 |
| | ) Judge Collier |
| MEIGS COUNTY TENNESSEE ET AL. | ) Magistrate Judge Lee |
|     *Defendants.* | ) |

# SCHEDULING ORDER

**1.** ***Introduction***: Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held in this cause on **August 1, 2024**.

**2.** ***Jurisdiction***: The subject matter jurisdiction of the Court has been invoked pursuant to **28 U.S.C. § 1331** and **is not** in dispute.

**3.** ***Consent to Magistrate Judge***: The parties **do not** consent that all proceedings in this case may be conducted by a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c).

**4.** ***Settlement/Alternative Dispute Resolution***: The possibility of settlement is **unknown** at this time.

**5.** ***Disclosure and Discovery***:

    (a) ***Fed. R. Civ. P. 26(f) Meeting***:

    The parties have held a discovery planning meeting as required by Rule 26(f).

    (b) ***Discovery Plan***:

    The parties have filed with the Court a discovery plan in accordance with Rule 26(f).

    (c) ***Initial Disclosures***: The parties shall make all disclosures required by Rule 26(a)(1) on or before **September 8, 2024**.

(d) *__All Discovery__*: Limited discovery for purposes of resolving the issue of judicial immunity will be completed by **October 31, 2024**.

(e) *__Dispositive Motions__*: All dispositive motions related to the issue of judicial immunity shall be filed as soon as possible, but no later than **December 2, 2024**. The failure to timely file such motions will be grounds to summarily deny them.

**6.** *__Other Scheduling Matters__*

(a) *__Additional Scheduling:__* The Court will hold an additional scheduling conference or conferences after issuing its decision on judicial immunity.

**Should the scheduled trial date change for any reason, the other dates contained in this order shall remain as scheduled. Should the parties desire a change in any of the other dates, they should notify the Court by motion and seek an order changing those dates.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**