IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

HANNAH ASHBROOK,
    Plaintiff,

v.

MEIGS COUNTY, TENNESSEE et al.;
    Defendants.

Docket No.1:24-cv-00165-CLC-SKL
JURY DEMAND

## MOTION FOR SPECIAL ORDER PURSUANT TO LOCAL RULE 83.2(c)

Plaintiff, by and through counsel, files this Motion for the entry of a special order pursuant to Local Rule 83.2(c) governing extrajudicial statements.

CHANCEY – KANAVOS

BY: /s/ H. Franklin Chancey
    H. FRANKLIN CHANCEY, BPR# 013187
    G. SCOTT KANAVOS, BPR #013292
    Attorney for Plaintiff
    P.O. Box 42
    Cleveland, Tennessee 37364-0042
    (423) 479-9186
    franklin@cklplaw.com
    scott@cklplaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ H. Franklin Chancey
H. FRANKLIN CHANCEY