UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| HANNAH ASHBROOK, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | 1:24-cv-165 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) | |
| *Defendants*. | ) | |

## **O R D E R**

On October 1, 2024, Plaintiff filed a motion (Doc. 22) requesting "this Court enter a Special Order admonishing the Defendant Casey Stokes and his counsel, including Attorney Matthew Rogers, to refrain from making extrajudicial statements in violation of the requirements of Local Rule 83.2(a) and clarifying expected codes of conduct in this matter." (Doc. 23 at 5.)

The Court will hold a hearing on Plaintiff's motion (Doc. 22) on **Monday, October 7, 2024, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**