# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| HANNAH ASHBROOK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-00165-CLC-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| MEIGS COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Comes Now, Attorney W. Adam Izell, and the law firm of Law Office of W. Adam Izell, PLLC, and hereby enters a general appearance in this matter on behalf of Defendant Ben Christian. This general appearance as counsel is that of co-counsel for Defendant Ben Christian only. This Notice of Appearance is not intended to substitute or alter the appearance of the law firm of Taylor & Knight, GP, or Arthur F. Knight, III, for Defendant Ben Christian.

Notice is hereby served that copies of all filings and written discovery related to this litigation should henceforth be sent to undersigned counsel at the address below.

RESPECTFULLY SUBMITTED this 3rd day of October, 2024.

**LAW OFFICE OF W. ADAM IZELL, PLLC**

/s/ W. Adam Izell
**By: W. ADAM IZELL, TN BPR #028438**
P.O. Box 4386
Chattanooga, TN 37405
Telephone: (423) 888-3022
Fax: (423) 888-3042
E-mail: Adam@ChattLawyer.com
*Counsel for Defendant Ben Christian*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on October 3, 2024, a true and correct copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties included on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

       **LAW OFFICE OF W. ADAM IZELL, PLLC**

       /s/ W. Adam Izell
       By: W. ADAM IZELL, TN BPR #028438