IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

HANNAH ASHBROOK,
    Plaintiff,

v.                                                                       Docket No.1:24-cv-00165-CLC-SKL
                                                                              JURY DEMAND

MEIGS COUNTY, TENNESSEE et al.;
    Defendants.

## AMENDED NOTICE OF DEPOSITION

Plaintiff, Hannah Ashbrook, by and through counsel, pursuant to Rules 26 and 30 of the *Federal Rules of Civil Procedure*, hereby gives notice of the RESCHEDULING of the deposition of Sam Whiting, former Meigs County employee, (423-506-9338), to be taken at the Meigs County Courthouse, Commission Room, 17214 TN 58, Decatur, TN 37322 to begin at 1:00 p.m. Eastern Time on October 14, 2024. This deposition will be conducted upon oral testimony and will continue until completed. Testimony will be taken regarding all matters which are relevant to the subject of the pending action. This deposition will be recorded by stenographic means in written format. All parties are hereby invited to appear.

                                              CHANCEY- KANAVOS

                                      BY:   /s/ H. Franklin Chancey
                                                      G. SCOTT KANAVOS, BPR #013292
                                                        H. FRANKLIN CHANCEY, BPR #013187
                                                        Attorneys for Plaintiff\
                                                        P.O. Box 42
                                                        Cleveland, TN 37364-0042
                                                       (423) 479-9186
                                                       franklin@cklplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The witness Mr. Whiting will be served by electronic delivery to samwhitin9@gmail.com and all other parties, if any, will be served via electronic delivery or by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              */s/ H. Franklin Chancey*
                                              H. Franklin Chancey