1    A.    I did.

2    Q.    But the time had passed to appeal it?

3    A.    No.

4    Q.    But you didn't appeal it, correct?

5          MR. CHANCEY:  Off the record.

6          (Off the record.)

7    Q.    (By Mr. Knight)  So other than you've not

8    appealed, you filed a Rule 60 motion.  Is that correct?

9    A.    I don't know the legal terms.

10   Q.    Neither do I.  You said that you've never

11   been arrested, correct?

12   A.    Yes.

13   Q.    Have you ever had a speeding ticket,

14   traffic ticket, anything like that?

15   A.    A speeding ticket, yes.

16   Q.    Any other citations?

17   A.    I was on misdemeanor probation out of

18   Athens when I first moved to Decatur for skip scanning at

19   Walmart.

20   Q.    Which Walmart?

21   A.    Athens.

22   Q.    The one you went to work for?

23   A.    Yes.  I paid my --

24   Q.    How long was your probation?

25   A.    Until I paid it off.

1    Q.    Did you have to appear in court?

2    A.    I appeared one time in court.  I don't

3  really remember what happened and they told me to go sign

4  up for probation, so I did.

5    Q.    Which court did you appear in?

6    A.    McMinn County.

7    Q.    Sessions in McMinn County?

8    A.    Yes.

9    Q.    How much was the value of the items?

10   A.    I don't know that.  What it was is I had

11 five pairs of shorts different colors and I scanned one

12 pair, like one color for all five ones five different

13 times.  And that is counting as skip scanning, so --

14 because it throws their inventory off.

15   Q.    Are you saying you were given a citation

16 for that?

17   A.    Yes.

18   Q.    By whom?

19   A.    Walmart.

20   Q.    Was there a law enforcement officer of

21 McMinn County involved?

22   A.    Not that I know, no.

23   Q.    Were you taken to jail at all?

24   A.    No.

25   Q.    You were given a citation to show up to

CLEVELAND REPORTING COMPANY
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-503-3325)

Case 1:24-cv-00165-CLC-SKL    Document 33-1    Filed 11/25/24    Page 2 of 5
PageID #: 140

1    court.

2              A.    Yes.

3              Q.    And you did show up to court.

4              A.    Yes.

5              Q.    And you pled guilty.

6              A.    I -- yes.

7              Q.    So the items that were the subject of the

8    citation were shorts?

9              A.    Yes.

10             Q.    How long was your probation?

11             A.    I'm not sure.

12             Q.    Did you have to visit with a probation

13   officer?

14             A.    Yes.

15             Q.    Did you have to be drug tested at all?

16             A.    No.

17             Q.    And how many times did you visit with a

18   probation officer?

19             A.    Once it was either every week or every

20   two weeks.  I think I was on for about two months until I

21   paid it off.

22             Q.    So you had to pay it back?

23             A.    Yes.

24             Q.    And you don't know how much?

25             A.    No.

**CLEVELAND REPORTING COMPANY**
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-503-3325)

Case 1:24-cv-00165-CLC-SKL    Document 33-1    Filed 11/25/24    Page 3 of 5
PageID #: 141

1    A.    I found that the dot head weed works

2    better.  I hate -- I know that that's --

3    Q.    By dot head do you mean somebody from

4    India?

5    A.    Yeah.  It's just what you call on the

6    street, I guess, what you get from gas stations.

7    Q.    From gas stations.

8    A.    Dispensaries and things.

9    Q.    So you think that works better than the

10   illegal marijuana?

11   A.    Yes, because I know what I'm getting.

12   Q.    But you still have some questions that

13   maybe even that stuff could be laced with fentanyl.

14   A.    I mean, you never know what you're

15   ingesting.

16   Q.    You told me earlier that you used

17   amphetamines before.  Are you talking about

18   methamphetamines?

19   A.    Yes.

20   Q.    Illegal methamphetamines?

21   A.    Yes.

22   Q.    And did you use those via IV, snort, or

23   smoke the methamphetamines?

24   A.    Never IV.

25   Q.    Snort or smoke or both?

**CLEVELAND REPORTING COMPANY**
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423) 463-3325

Case 1:24-cv-00165-CLC-SKL     Document 32-1     Filed 11/25/24     Page 4 of 5
PageID #: 142

1    A.    Both.

2    Q.    How long had you been doing that?

3    A.    It was right after I -- so 2018, 2019.

4    Q.    And then when did you quit using that to

5    the best of your recollection?

6    A.    I had a party phase and quickly found out,

7    Hey, this is not my route to go.

8    Q.    So you said you and Mr. Kelsey, you pretty

9    much do everything together.  You were living together in

10   May of 2023.  Is that correct?

11   A.    Yes.

12   Q.    At this apartment down here on 58?

13   A.    Yes.  The Old Robinson's Roost.

14   Q.    I'm sorry?

15   A.    The old Robinson's Roost right in front

16   of the co-op.

17   Q.    Okay, all right.  So those are like a --

18   kind of looks like a hotel; there are apartments lined up

19   together?

20   A.    Yes.  It actually was an old hotel.

21   Q.    It was an old hotel.

22   A.    Uh-huh.

23   Q.    Those apartments, are they one bedroom,

24   two bedroom?  Are they studio type apartments?

25   A.    It's one bedroom.  Our apartment was a two

**CLEVELAND REPORTING COMPANY**
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-563-3325)

Case 1:24-cv-00165-CLC-SKL    Document 33-1    Filed 11/25/24    Page 5 of 5
PageID #: 143