

**Chattanooga Times Free Press** · Follow
June 13

A Meigs County judge is accused of forcing a woman visiting the courthouse to take a urine sample and sentencing her to jail after he "guaranteed she would be dirty," according to a civil rights lawsuit filed against the judge, sheriff and others.

TIMESFREEPRESS.COM
Civil rights suit filed against Meigs County general sessions judge, sheriff over 2023 arrest | Chattanooga Times Free Press

3   1 comment 4 shares

Like   Comment   Share



**Chattanooga Times Free Press** · Follow
September 30

A Meigs County judge had a woman arrested, held for contempt and then released the following day after her brother-in-law — a former Chattanooga police chief — inquired about her, according to a federal civil rights lawsuit.

TIMESFREEPRESS.COM
Civil rights suit filed against Meigs County general sessions judge, sheriff over 2023 arrest | Chattanooga Times Free Press

3  1 comment 4 shares

Like   Comment   Share

Chattanooga Times Free Press · Follow
September 30

A Meigs County judge had a woman arrested, held for contempt and then released the following day after her brother-in-law — a former Chattanooga police chief — inquired about her, according to a federal civil rights lawsuit.



TIMESFREEPRESS.COM
Meigs judge target of second civil rights suit | Chattanooga Times Free Press
Staff File Photo by Robin Rudd / The Meigs County Courthouse, in Decatur, Tenn, shown here ...

1

Like   Comment   Share

Comment as Kerri Long McConkey