IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTIRCT OF TENNESSEE

HANNAH ASHBROOK,

    Plaintiff,

v.                                                No. 1:24-cv-00165

MEIGS COUNTY, TENNESSEE et al.,

    Defendants.

## MOTION TO DIMISS CASEY STOKES ON THE GROUNDS OF JUDICIAL IMMUNITY

Comes the Defendant, Casey Stokes, by and through counsel, and respectfully moves the Court pursuant to Fed. R. Civ. P. 12 and 56 for an Order dismissing the case against him with prejudice on the grounds that Judge Stokes is absolutely immune from Plaintiff's cause of action pursuant to the Doctrine of Judicial Immunity.

WHEREFORE, Casey Stokes, respectfully requests the Court enter an Order dismissing him with prejudice.

Respectfully submitted this 31st day of December 2024.

                                                    ARTHUR F. KNIGHT, III

*s/Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, TN 37918
P: (865) 252-0430
arthur@arthurfknightlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document or pleading was served via the Court's ECF filing system on all users authorized and directed to receive such service. Dated December 31, 2024.

*s/Arthur F. Knight, III*
Arthur F. Knight, III
