IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

---

| | | |
|---|---|---|
| HANNAH ASHBROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-CV-00165-CLC-SKL |
| | ) | |
| MEIGS COUNTY, TENNESSEE, ET AL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

---

October 14th, 2024
Decatur, Tennessee

DEPOSITION OF HANNAH ASHBROOK

---

COPY

Q. Okay. So she drove you to court?

A. Yes.

Q. Gave Steven the keys.

A. Yes.

Q. What time did y'all leave do you think?

A. I don't know, sir.

Q. 8:30, 8:45, around there?

A. I'm not a punctual person. I don't normally look at the time.

Q. Were you late to court that day?

A. I do not think so, no.

Q. So you were not on the docket, correct?

A. No. I was just here for moral support.

Q. Did Mr. Kelsey have a lawyer?

A. I believe so.

Q. And who was his lawyer?

A. The tall dude. My mind just went blank on the name.

Q. He's a tall dude.

A. No, it's no one in here.

MR. CHANCEY: Off the record.

(Off the record.)

Q. Prior to court did you have any alcohol to drink?

A. No.

Q. Did you ingest any drug?

A. No.

Q. Was Mr. Kelsey, was he under the influence of anything?

A. No.

Q. Had you seen Mr. Kelsey under the influence?

A. Not that day.

Q. Previously?

A. Yes.

Q. But he wasn't that day.

A. No.

Q. Was he the night before?

A. No.

Q. Tell me what happened. You got into court, what happened?

A. Got into court, waited around. Came out, sat in the hallway for a little bit, went down, smoked a cigarette, got a drink from the gas station. Came back, sat in the hallway some more, went back into the courtroom, I think. He was asked to take a drug test. We came out in the hallway. He couldn't provide a drug test. We went and smoked a cigarette. Then I went outside to go to the car and got a call from him saying come get the keys and his wallet.

A. No.

Q. The night before?

A. No.

Q. After he called you and told you he was being arrested, what happened?

A. I ran from the parking spot at the Kangaroo where the vehicle was all the way up the courthouse steps, because I came in through the bottom up the steps, and I guess that's where I missed him because he was going down the elevator.

Q. Okay. Did you go back into the courtroom?

A. No.

Q. You went up the steps. Did you go into the hallway?

A. Into the hallway just about to the metal detector. I seen an officer and I asked him where he was.

Q. Do you know what the officer's name was?

A. No.

Q. Did the officer respond to you?

A. He said, You just missed him; he went down the elevator. I said okay and turned around.

Q. Okay.

A. And that's when the bailiff asked me to come back. I came back and then that's when Judge Stokes said, Go ahead and drug test her too. I guarantee you

she's dirty.

Q. You know the name of the bailiff?

A. It's the old short guy. I want to say it's Fugate. Yeah, the one that's always in there.

Q. Did the bailiff ask you back into the courtroom?

A. No.

Q. Was he coming from the courtroom?

A. He was standing beside the metal detector.

Q. Had he been in the courtroom?

A. Previously that day, yes, I remember seeing him in there.

Q. When you came up the stairs, where did you speak with the officer when you asked where Mr. Kelsey was?

A. I was right there near the banister for the balcony drop-off, whatever.

Q. So you're in the hallway?

A. Yes.

Q. And that's when he said you just missed him?

A. Yes.

Q. And after that the bailiff --

A. He asked me to come back.

Q. Come back where?

Q. Where were you when Judge Stokes asked, Who is that?

A. Walking back towards the stairs, elevator area.

Q. Did the bailiff respond to Judge Stokes?

A. I have no clue. I just heard the words, Come back here.

Q. And Judge Stokes told the bailiff to have you drug tested?

A. Yes.

Q. Tell me what happened after that.

A. I asked why, wasn't given an answer. Then was taken to Ms. Petitt's office and told that I had 30 seconds to provide a urine sample and taken down to the women's restroom.

Q. Who took you to Ms. Petitt's office?

A. I believe it was one of the officers. They didn't really take me. They just walked me, with me, I guess.

Q. Did Judge Stokes go with you?

A. Not that I know of, no.

Q. Did you ever have any contact with Judge Stokes other than when he was outside, when he was in front of his courthouse doors?

A. No. I had no contact with him even then.

A. Uh-huh.

Q. Uh-huh means yes?

A. Yes. Sorry.

Q. So a law enforcement officer led you down to Ms. Petitt's office.

A. Yes.

Q. And she's on the hallway at the end of the hallway, correct?

A. Yes. I think right above us.

Q. Right. And did she come out of her office?

A. Yes.

Q. This officer that led you to Ms. Petitt was it a male or female?

A. It was a male.

Q. And she came out of the office and what did she -- did she say anything?

A. I told her I probably would not be able to provide a urine sample for her and she said, Well, I'm not doing this today. You've got 30 seconds. Let's get to it.

Q. Okay. I think you said earlier that Mr. Kelsey was not able to provide a urine sample?

A. At the time that I went outside, no, he was not. That's why we went to smoke a cigarette.

Q. How are you sure?

A. Because I only drink on rare occasions if something special's happening.

Q. Okay. So you and Mr. Kelsey didn't drink the night before or the morning of court?

A. No, sir. I was drinking a Monster energy drink the morning of court.

Q. Where was Mr. Kelsey's lawyer, Mr. Ian McCabe? You remembered his name.

A. Yes.

Q. Where was he when Mr. Kelsey was drug tested; do you know?

A. I do not know. I was not in the courthouse when he was drug tested.

Q. Your complaint indicates that you were asked to take a test and you did not resist. Is that true?

A. No. At first I said, Guys, I can't do this. Why am I having to do this? And I dropped to the floor and was told to stand up.

Q. You dropped to the floor and kind of slid down the wall?

A. Yes.

Q. Were you excited, confused, or upset at the time?

A. Confused and upset, crying, wondering what

in the hell is going on.

Q. When you slid against the wall did your dress come up and somebody have to help you with that?

A. Huh-uh.

Q. No? So you were asked to stand up --

A. Yes.

Q. -- after you sat down in the hallway?

A. Yes.

Q. Is that a normal behavior for you? If someone asks you to do something you don't want to do, do you get that upset?

A. I throw what I like to call a three-year-old tantrum.

Q. Would you say that's probably one of those incidents?

A. No. I was just crying, wondering why am I having to do this.

Q. Did you ask to leave? Or did you just comply with the request?

A. After I was told, You have to take it, yes, I complied. I come from a family that where an adult tells you something you do it.

Q. So you took the drug test voluntarily or after you were told you had to take it?

A. Yes.