```
1        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF TENNESSEE
2     _____

3    HANNAH ASHBROOK,

4              Plaintiff,

5    vs.                   Docket No. 1:24-cv-00165-CLC-SKL
                           JURY DEMAND
6
     MEIGS COUNTY, TENNESSEE, et al.,
7
               Defendants.
8    _____
```

Deposition of:

BENJAMIN CHRISTIAN

Taken on behalf of the Plaintiff
November 8, 2024

Commencing at 9:00 a.m.

---

LEXITAS
www.LexitasLegal.com
MELISSA M. SMITH, RPR, LCR, CCR
Chattanooga, Tennessee
(423)266-2332

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required to registration at cost.
California Firm Registration #179
LEXITAS

Case 1:24-cv-00165-CLC-MJD    Document 38-2    Filed 01/21/25    Page 1 of 5
PageID #: 244

```
 1  that correct?
 2  A.    That's correct.
 3  Q.    So is it accurate that neither one of them
 4  was in custody at that point?
 5  A.    Yes.
 6  Q.    I see you talk to Ms. Ashbrook at
 7  11:05:55.
 8  A.    Yes.
 9  Q.    Have any recollection of what you were
10  talking about?
11  A.    Yes.  I went in the courtroom, and
12  I believe that's when the judge had asked if she
13  had taken a drug test or said she needed to take
14  a drug test, and I went and asked her if she
15  would being willing to take a drug test.
16  Q.    What did she say?
17  A.    She said she would.
18  Q.    Okay.  Who had asked you to have her take
19  a drug test?
20  A.    The judge.
21  Q.    When did you talk with the judge?
22  A.    When I had went wherever -- I had went
23  that way.
24  Q.    Okay.  So let's look at this.
25        Is this you?
```

1  this point?
2  A.     I don't recall exactly when I was told
3  that the Court wanted him to take a drug test.
4  It's hard to --
5  Q.     Well, might that explain why he has a big
6  gulp drink in the courtroom.
7         Is this you?
8  A.     Yes.
9  Q.     Okay.  So they get on the elevator, and
10 you go with them?
11 A.     Right.
12 Q.     Do you know where you were going?
13 A.     I don't recall where we would have...
14 Q.     If they indicated they asked for
15 permission to go out and smoke, would that change
16 your recollection any?
17 A.     I do believe I remember they were -- they
18 had been -- yes, they had been ordered to take a
19 drug test.
20 Q.     You think they had both been ordered at
21 that point?
22 A.     Just him.
23 Q.     Just him?
24 A.     Yes.  Sorry.
25        And while they were waiting they were --

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F
California Firm Registration #179
LEXITAS
Case 1:24-cv-00165-CLC-MJD   Document 38-2   Filed 01/21/25   Page 3 of 5   PageID #: 246

```
 1  Q.    Do you see Ms. Ashbrook reenter the scene
 2  at 9:43:49?
 3  A.    Yes.
 4  Q.    Again, outside the courtroom?
 5  A.    Yes.
 6  Q.    All right.  Now, at 9:45:00, are they
 7  again still sitting outside the courtroom?
 8  A.    Yes.
 9  Q.    Have you seen anything that would lead you
10  to conclude they were in custody at this point?
11  A.    No.
12  Q.    All right.  9:45:20, does Ms. Ashbrook
13  enter the courtroom?
14  A.    Yes.
15  Q.    And is -- what's Mr. Kelsey doing?
16  A.    He just stood up out of that chair.
17  Q.    Does he enter the courtroom?
18  A.    No.
19  Q.    9:47:29.  Does Officer Fugate exit the
20  courtroom?
21  A.    Yes.
22  Q.    Any sense of what he's doing?
23  A.    Standing in front of the courtroom doors.
24  Q.    He goes back into the courtroom at
25  9:48:00?
```

1  A.    No.
2  Q.    At this point you had been down to the
3  parking lot or outside the courthouse with
4  Ms. Ashbrook?
5  A.    Yes.
6  Q.    Did you have probable cause to arrest her
7  for public intoxication during that visit?
8  A.    Not at that point, no.
9  Q.    So you didn't see her engage in any
10 behavior that suggested to you she was
11 intoxicated?
12 A.    No.
13       When we had went outside, me and Kelsey
14 had stood on the landing or whatever, the raised
15 area outside the courthouse, patio-type area,
16 while he smoked.  And she had went wherever she
17 had went, to the vehicle or...
18 Q.    You had ridden the elevator down with her,
19 right?
20 A.    Yes.
21 Q.    Walked in the hallway with her?
22 A.    Yes.
23 Q.    Came back up to the courthouse with her?
24 A.    Yes.
25 Q.    And so during those encounters you didn't