1      IN THE UNITED STATES DISTRICT COURT FOR THE
             EASTERN DISTRICT OF TENNESSEE
2    _____

3    HANNAH ASHBROOK,

4           Plaintiff,

5    vs.                    Docket No. 1:24-cv-00165-CLC-SKL
                            JURY DEMAND
6
     MEIGS COUNTY, TENNESSEE, et al.,
7
            Defendants.
8    _____

9

10

11

12
                    Deposition of:
13
                    DOYLE FUGATE
14
                    Taken on behalf of the Plaintiff
15                  November 8, 2024

16                  Commencing at 12:15 p.m.

17

18

19

20

21

22   _____

23                    LEXITAS
                 www.LexitasLegal.com
24        MELISSA M. SMITH, RPR, LCR, CCR
                Chattanooga, Tennessee
25                 (423)266-2332

1    custody."

2    **A.      Yes.**

3    Q.      That happens, doesn't it?

4    **A.      Yes.**

5    Q.      So what I want to know is how many times

6    have you, just watching what's going on in the

7    courtroom, saw something that you thought was a

8    crime and you went over and arrested them?

9    **A.      None.**

10   Q.      It's never happened?

11   **A.      No.**

12   Q.      So if you put somebody in custody in the

13   courtroom, it's because a judge told you to?

14   **A.      Yes.**

15   Q.      But you've got the ability to arrest

16   people, don't you?

17   **A.      Yes.  I'm deputized.**

18   Q.      So if somebody came into the courtroom and

19   they were falling down drunk, you can arrest them

20   for public intoxication?

21   **A.      Yes.**

22   Q.      If somebody came into the courtroom and

23   started jumping up and down and screaming and

24   yelling, you could arrest them for disorderly

25   conduct?

1  A.      No, not really.

2  Q.      Here's a little bit better view.

3          Still don't recollect her?

4  A.      She looks familiar.

5  Q.      Okay.

6  A.      But I can't -- it's been so long, you

7  know.

8  Q.      I understand.

9          So do you know what this lawsuit's about,

10 Officer Fugate?

11 A.      Well, I've heard a little bit about it.

12 Q.      Tell me what you've heard.

13 A.      About Judge Stokes doing a -- having her

14 arrested for contempt of court.

15 Q.      Okay.

16 A.      That's basically all I've heard as far

17 as...

18 Q.      Do you know what she did that was in

19 contempt of court?

20 A.      Well, trying to think.  I don't want to

21 say something that's not...

22 Q.      Let me ask you this question.  Let me

23 rephrase this a little bit.

24          Do you have any recollection of being in a

25 courtroom and Judge Stokes calling Ms. Ashbrook

888-893-2767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F
California Firm Registration #179

LEXITAS

1   down for something?

2   **A.**      **No.**

3   Q.      Do you have any recollection of

4   Ms. Ashbrook being in a courtroom and

5   Judge Stokes saying, "I'm holding you in criminal

6   contempt"?

7   **A.**      **No.**

8   Q.      Now, if you were in the courtroom and

9   Ms. Ashbrook was creating a disturbance, what

10  would you do as the court officer?

11  **A.**      **Well, usually, if they're causing a**

12  **disturbance, I'll have them to go out into the**

13  **hallway first and then talk to them.**

14  Q.      What will you tell them?

15  **A.**      **Tell them they're going to have to quieten**

16  **down while they're in the courtroom.**

17  Q.      And is that something you routinely do?

18  **A.**      **Very seldom we ever have to do that.  Most**

19  **people are pretty well...**

20  Q.      Behaved?

21  **A.**      **Yes.**

22  Q.      But it's something you've done before,

23  isn't it?

24  **A.**      **Yes.**

25  Q.      It's not unusual for somebody to talk a

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. CA registration #179 - LA
California Firm Registration #179

LEXITAS

1  little too loud or something like that, is it?

2  **A.      No.**

3  Q.      Do you have a recollection of anybody

4  sitting in a courtroom with Judge Stokes who was

5  hugging and kissing each other during court?

6  **A.      No, not that I can remember.**

7  Q.      If you witnessed that, what would you do?

8  **A.      Normally, I would have them to -- you**

9  **know, stop and tell them it's inappropriate to be**

10 **in the courtroom, you know, doing that.**

11 Q.      And you'd talk to them about it?

12 **A.      Yes.**

13 Q.      Let me move forward here to Camera 10

14 Part 2.

15         All right.  This is 10:48:58.  So let's

16 back up just a little bit.

17         All right.  We have just started Camera 10

18 Part 2 at 10:48:42, and we see Judge Stokes

19 outside the courtroom.

20 **A.      Yes.**

21 Q.      So when Judge Stokes has criminal sessions

22 going on, a lot of times the DA and the defense

23 lawyers, they're working on the cases?

24 **A.      Yes.**

25 Q.      Is that right?

 1   A.       Yes.

 2   Q.       Do you recognize the officer?

 3   A.       That appears to be Ben Christian.

 4   Q.       Okay.  All right.  11:24:00, we see

 5   Judge Stokes coming back down the hallway?

 6   A.       Yes.

 7   Q.       You see Judge Stokes still in the area

 8   outside the courtroom?

 9   A.       That appears to be him.

10   Q.       I understand you can't see his face there.

11   A.       Right.

12   Q.       But he's a pretty big fellow, right?

13   A.       Yes.

14   Q.       At 11:25:05 do you see this lady who's

15   come back into the hallway?

16   A.       Yes.

17   Q.       Do you recognize her?

18   A.       She definitely looks awfully familiar.

19   I know I've seen her somewhere.

20   Q.       Is this you who's also entered the screen

21   at that point?

22   A.       Yes.  Yeah.

23   Q.       Does she approach you?

24   A.       I think she's talking to Officer Brandon

25   Crowe right there.

888-852-3467                                                          LEXITAS
www.lexitaslegal.com                          California Firm Registration #179