IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

---

HANNAH ASHBROOK,  )
                 )
    Plaintiff,   )
                 )
v.               )   No. 1:24-CV-00165-CLC-SKL
                 )
MEIGS COUNTY, TENNESSEE, )
ET AL,           )
                 )   **ORIGINAL**
    Defendants. )

---

October 14th, 2024
Decatur, Tennessee

DEPOSITION OF SAMUEL WHITING

---

CLEVELAND REPORTING COMPANY
P.O. BOX 693
CLEVELAND, TENNESSEE 37364
(423-595-2325)

Case 1:24-cv-00165-CLC-MJD   Document 38-4   Filed 01/21/25   Page 1 of 5
PageID #: 255

1 detector where we were standing.

2 Q. Did you overhear anything she said?

3 A. I don't recall anything she said. I know
4 that she was upset about Steven being arrested.

5 Q. Well, did someone tell her he'd been
6 arrested?

7 A. When she approached, I guess asking about
8 it, she was advised that he was being taken back into
9 custody and he'd already been brought down the elevator.

10 Q. Do you recall what she said?

11 A. No, not right offhand. I don't remember
12 details. I just know that she was upset about it.

13 Q. Did she engage in any conduct that you as
14 a law enforcement officer would have thought violated the
15 law?

16 A. She may have been a bit loud in the
17 hallway just as far as getting emotional with it. But
18 other than her acting up outside the courtroom doors I
19 can't think -- there's nothing there that I would say that
20 she physically broke any laws as far as her actions, I
21 don't believe.

22 Q. Would you have intended to arrest her for
23 disorderly conduct?

24 A. No, sir.

25 Q. Disturbing the peace?

CLEVELAND REPORTING COMPANY
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-503-2325)

Case 1:24-cv-00165-CLC-MJD    Document 38-4    Filed 01/21/25    Page 2 of 5
PageID #: 256

```
 1         A.    No, sir.
 2         Q.    You related that Judge Stokes said
 3   to drug test her?
 4         A.    Yes, sir.
 5         Q.    What happened next?
 6         A.    At that point in time she was escorted
 7   down to Ms. Petitt's office where they retrieved the drug
 8   test and they proceeded back down to the women's bathroom.
 9         Q.    So what is the procedure when these tests
10   are being administered?
11         A.    So the procedure with -- most of the time
12   the individuals that I deal with are the male individuals
13   and everything and Ms. Petitt typically does all the
14   female drug tests obviously.  We usually stand by just as
15   security in case things got out of hand when it's a female
16   suspect.
17         Q.    So the female suspect goes into the female
18   restroom.
19         A.    Yes.
20         Q.    And where are you located at that point?
21         A.    Typically standing in the hallway or
22   outside the door.
23         Q.    From looking at the video where were you
24   in this case?
25         A.    In this case I was still down the hallway
```

CLEVELAND REPORTING COMPANY
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-593-3325)

Case 1:24-cv-00165-CLC-MJD     Document 38-4     Filed 01/21/25     Page 3 of 5
PageID #: 257

1  next to the courtroom doors, I believe.
2         Q.    Could you tell who was at the door?
3         A.    I can't recall right offhand.
4         Q.    All right.
5         A.    I believe she may have been accompanied
6  by -- I know Ms. Petitt was accompanying her and at one
7  point or another I know I did walk down there, but I don't
8  remember how soon after.
9         Q.    Okay.  Were you present when Ms. Petitt
10 came out of the bathroom, --
11        A.    Yes.
12        Q.    -- out of the restroom?
13        A.    Yes.
14        Q.    Do you recall any discussion that took
15 place?
16        A.    I don't remember any detail as far as
17 what was said.  I do know at one point or another
18 Ms. Petitt did ask for assistance in the women's bathroom.
19 We believed that the suspect was giving her trouble; we
20 didn't know what the details were.  After it was -- after
21 we found out that there wasn't any kind of physical
22 altercation or anything I believe from memory we exited
23 and they proceeded with the drug test.
24        Q.    When you say giving her trouble, you mean
25 what?

**CLEVELAND REPORTING COMPANY**
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-503-3325)

Case 1:24-cv-00165-CLC-MJD     Document 38-4     Filed 01/21/25     Page 4 of 5
PageID #: 258

1    A.    On occasion with these drug tests there
2 are suspects that tend to get a little rowdy with it and
3 they want to try to fight or refuse to do the drug test.
4 Ms. Petitt was hollering that she needed a deputy down
5 there from memory.
6    Q.    Okay.
7    A.    That's why we approached the door.
8    Q.    Do you know what had transpired that
9 required Ms. Petitt to ask somebody to come down there?
10    A.    No. From the sounds of it I think she was
11 just at that time refusing to do the drug test or arguing.
12    Q.    Okay. So after the test was concluded
13 what took place?
14    A.    At that point in time they went back to
15 Ms. Petitt's office where I believe they read the drug
16 results and everything and she was placed into custody.
17    Q.    Were you present when the results were
18 read?
19    A.    I was.
20    Q.    Do you recall what they were?
21    A.    I know she tested positive for multiple
22 different substances.
23    Q.    And I assume that this is a urine test.
24 Is that right?
25    A.    Yes, sir.

**CLEVELAND REPORTING COMPANY**
P.O. BOX 693
CLEVELAND, TENNESSEE 37364-0693
(423-503-3325)

Case 1:24-cv-00165-CLC-MJD    Document 38-4    Filed 01/21/25    Page 5 of 5
PageID #: 259