IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF TENNESSEE

HANNAH ASHBROOK,

    Plaintiff,

v.                              No. 1:24-cv-00165

MEIGS COUNTY, TENNESSEE et al.,

    Defendants.

## STIPULATION OF DISMISSAL

The parties stipulate that Ben Christian, Carol Petitt, and Jackie Melton are sued in the above-styled action in their official capacities only. Plaintiff has also sued Casey Stokes, individually, as well as in his official capacity. Meigs County, Tennessee is also a party Defendant in this action. As Meigs County, Tennessee is also a party, no need exists to sue any individual Defendant in their official capacity as an official capacity action against an individual employee of Meigs County, Tennessee is just another way of naming Meigs County, Tennessee as a party Defendant. Accordingly, all official capacity claims brought by Plaintiff in the above-styled action are dismissed as redundant.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED and the parties stipulate that Plaintiff's action against Ben Christian, Carol Petitt, Jackie Melton, and the official capacity action against Casey Stokes is dismissed; however, Plaintiff's claims against Casey Stokes in his individual capacity are not affected by this dismissal.

Respectfully submitted this 24th day of January 2025.

        ARTHUR F. KNIGHT, III

        *s/Arthur F. Knight, III*
        Arthur F. Knight, III, BPR #016178
        Law Office of Arthur F. Knight, III
        3248 Tazewell Pike, Suite 103
        Knoxville, TN 37918
        P: (865) 252-0430
        arthur@arthurfknightlaw.com
        *Attorney for Defendants*


        H. FRANKLIN CHANCEY

        *s/H. Franklin Chancey by Arthur F. Knight, III w/ permission*
        G. Scott Kanavos, BPR #013192
        H. Franklin Chancey, BPR #013187
        Chancey-Kanavos
        P.O. Box 42
        Cleveland, TN 37364-0042
        (423) 479-9186
        scott@ckplaw.com
        franklin@ckplaw.com
        *Attorneys for Plaintiff*