UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HANNAH ASHBROOK, | ) |
| *Plaintiff*, | ) |
| | ) 1:24-cv-165 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, *et al.*, | ) |
| *Defendants*. | ) |

## O R D E R

Before the Court is a motion to dismiss Defendant Casey Stokes on the grounds of judicial immunity. (Doc. 36.) Plaintiff has responded. (Doc. 38.) Defendant Stokes has replied. (Doc. 41.)

For the reasons set out in the accompanying Memorandum, Defendant's motion to dismiss (Doc. 36) is **GRANTED**. Plaintiff's claims against Defendant Stokes will be **DISMISSED WITH PREJUDICE**. Pursuant to the Scheduling Order (Doc. 17), an additional scheduling conference will be held on **March 13, 2025, at 2:00 p.m. Eastern.**

**SO ORDERED.**

**ENTER:**

/s/  
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**