UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HANNAH ASHBROOK,<br><br>    *Plaintiff*,<br><br>v.<br><br>MEIGS COUNTY, TENNESSEE, *et al.*,<br><br>    *Defendants*. | 1:24-cv-165<br><br>Judge Curtis L. Collier |

**O R D E R**

Before the Court is the parties' joint motion to continue the scheduling conference from March 13, 2025, to April 17, 2025. (Doc. 44.) The parties represent that counsel for Defendants has an out-of-town deposition scheduled on the original date. (*Id.* at 1.) For good cause shown, the motion (Doc. 44) is **GRANTED**. The scheduling conference will be held on **April 17, 2025, at 3:00 p.m. Eastern.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**