UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HANNAH ASHBROOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:24-cv-165 |
| MEIGS COUNTY, TENNESSEE, *et al.* | ) ) Judge Curtis L. Collier |
| Defendants. | ) ) |

## MOTION FOR SUMMARY J UDGMENTE

COMES the remaining Defendant, Meigs County, Tennessee, by and through counsel, and respectfully moves the Court for the entry of an Order granting it summary judgment in accordance with Federal Rules of Civil Procedure 56, and dismiss Plaintiff's action in its entirety. In support of this Motion, the Defendant submits its Memorandum of Facts and Law, the Affidavits of Jackie Melton and Edgar A. Jewell, and the attachments thereto, and the pleadings in this cause.

WHEREFORE, Defendant Meigs County, Tennessee respectfully requests that its Motion be granted.

Respectfully submitted this 15th day of May, 2025.

**ARTHUR F. KNIGHT, III**

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
The Law Office of Arthur F. Knight, III
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com

*Attorney for Defendant Meigs County, Tennessee*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2025, a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              */s/ Arthur F. Knight, III*
                                              Arthur F. Knight, III