UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HANNAH ASHBROOK, | ) |
| *Plaintiff*, | ) |
| v. | ) 1:24-cv-165 |
| | ) Judge Curtis L. Collier |
| MEIGS COUNTY, TENNESSEE, | ) |
| *Defendant*. | ) |

## JUDGMENT ORDER

Before the Court is a motion for summary judgment by Defendant Meigs County, Tennessee. (Doc. 48.) Plaintiff has not responded in the time given by Local Rule 7.1(a). *See* E.D. Tenn. L.R 7.1(a).

For the reasons set forth in the accompanying Memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Doc. 48). Plaintiff's 42 U.S.C. § 1983 claim is **DISMISSED WITH PREJUDICE.** Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT